UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR JOHN CROWLEY, JR. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 3:02 CV 1886 (WWE) |
| DUPONT COMMERCIAL FLOORING | : | |
| SYSTEMS, INC., MARK YANOSKO, | : | |
| AND DEBORAH CARLSON | : | |
| | : | |
| Defendants. | : | December 1, 2003 |

## STIPULATION OF DISMISSAL

Plaintiff Arthur John Crowley, Jr. and Defendants DuPont Commercial Flooring Systems, Inc., Mark Yanosko, and Deborah Carlson agree to dismiss the Complaint as against all Defendants pursuant to Fed. R. Civ. P. 41(a) with prejudice, and without costs or attorney's fees to either party.

PLAINTIFF – ARTHUR JOHN CROWLEY, JR.

By_____
    Vlad G. Spitzer – ct14260

Spitzer & Brey, LLC
239 Main Street, 2nd Floor
Westport, CT 06880
Telephone: (203) 226-3266
Facsimile: (203 226-3262
vspitzer@spitzerbrey.com

-2-

DEFENDANTS – DUPONT
COMMERCIAL FLOORING
SYSTEMS, INC., MARK YANOSKO,
and DEBORAH CARLSON


By _____
   Hugh F. Murray, III – ct557175

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, CT  06103-3469
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150
Email:  hmurray@murthalaw.com

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulation of Dismissal was mailed first-class, postage prepaid, on this 1st day of December 2003 to:

Vlad G. Spitzer, Esq.
Spitzer & Brey, LLC
239 Main Street, 2nd Floor
Westport, CT 06880

---
Hugh F. Murray, III – ct557175

698597