17

FILED

2003 DEC -2 P 12: 11

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR JOHN CROWLEY, JR. | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| | : NO. 3:02 CV 1886 (WWE) |
| DUPONT COMMERCIAL FLOORING SYSTEMS, INC., MARK YANOSKO, AND DEBORAH CARLSON | : |
| Defendants. | : December 1, 2003 |

APPROVED and SO ORDERED
Warren W. Eginton, Sr. USDJ
Bridgeport, CT  12/11/03

STIPULATION OF DISMISSAL

Plaintiff Arthur John Crowley, Jr. and Defendants DuPont Commercial Flooring Systems, Inc., Mark Yanosko, and Deborah Carlson agree to dismiss the Complaint as against all Defendants pursuant to Fed. R. Civ. P. 41(a) with prejudice, and without costs or attorney's fees to either party.

PLAINTIFF - ARTHUR JOHN CROWLEY, JR.

By_____
   Vlad G. Spitzer - ct14260

Spitzer & Brey, LLC
239 Main Street, 2nd Floor
Westport, CT 06880
Telephone: (203) 226-3266
Facsimile: (203 226-3262